IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Loay S. Naser, | NO. C 10-04475 JW |
| Plaintiff, | **ORDER DENYING PARTIES' STIPULATION** |
| v. | |
| Metropolitan Life Ins. Co., et al., | |
| Defendants. | |

Presently before the Court is a Joint Stipulation Seeking Relief from Case Management Schedule.[1] This case is scheduled for a Case Management Conference on January 24, 2011. The Stipulation seeks a continuance of January 24 Conference as the parties have been unable to hold an initial case management conference due to the holiday season and counsel for both parties have conflicting client obligations. (See Docket Item No. 13.) Upon review, the Court does not find good cause to continue the January 24 Conference. Plaintiff's counsel does not cite to a specific conflict during the week of January 24 and Defendants have selected a firm with multiple associates capable of handling the Case Management Conference in the event that lead counsel encounters a scheduling conflict.

---

[1] (Stipulation and Proposed Order Seeking Relief from Case Management Schedule, Docket Item No. 13.)

Accordingly, the Court DENIES the parties' Stipulation. On or before **January 14, 2011**, the parties shall file a Joint Case Management Statement. After reviewing the Joint Statement, the Court will consider the necessity of an appearance for the January 24 Conference.

Dated: January 11, 2011

JAMES WARE
United States District Chief Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Christina Flanagan Latta christinalatta@paulhastings.com

**Dated:  January 11, 2011**                                        **Richard W. Wieking, Clerk**

                                                                                    **By:      /s/ JW Chambers                        **
                                                                                              **Elizabeth Garcia**
                                                                                              **Courtroom Deputy**

**United States District Court**
For the Northern District of California