1  RACHEL B. COWEN (SB# 6217360)
   rachelcowen@paulhastings.com
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   191 North Wacker Drive, 30th Floor
3  Chicago, IL  60606
   Telephone:  (312) 499-6077
4  Facsimile:  (312) 499-6177

5  CHRISTINA F. LATTA (SB# 257315)
   christinalatta@paulhastings.com
6  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street, Twenty-Fourth Floor
7  San Francisco, CA 94105
   Telephone:  (415) 856-7281
8  Facsimile:  (415) 856-7100

9  Attorneys for Defendants
   Metropolitan Life Insurance Company, MetLife Enterprise General Insurance Agency, Inc.
10 and MetLife Securities

11

   RICHARD B. GLICKMAN (SB# 47898)
12 glickmanlawcorp@yahoo.com
   RICHARD B. GLICKMAN, A PROFESSIONAL LAW CORP.
13 One Maritime Plaza, Suite 1600
   San Francisco, CA 94111
14 Telephone: (415) 362-7685
   Facsimile: (415) 781-1034
15
   Attorney for Plaintiff
16 Loay S. Naser

17
18                    UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
19

20 | | |
|---|---|
| LOAY S. NASER, | CASE NO. 5:10-CV-4475-JW (HRL) |
| Plaintiff, | **STIPULATION SEEKING RELIEF FROM JANUARY 19, 2011 ORDER SELECTING ADR PROCESS AND [PROPOSED] ORDER** |
| vs. | |
| METROPOLITAN LIFE INSURANCE COMPANY, METLIFE ENTERPRISE GENERAL INSURANCE AGENCY, INC. AND METLIFE SECURITIES, | |
| Defendants. | |

All parties to the above-captioned action, by and through their counsel of record, hereby stipulate as follows:

WHEREAS on January 19, 2011 the Court entered an Order requiring that mediation in the above-captioned action be held on or before March 1, 2011 (see Exhibit A thereto);

WHEREAS the above-captioned action is generally referred to as "employment litigation;"

WHEREAS all parties have agreed to hold a mediation in this action before Mark Rudy, Esq., a nationally recognized mediator and practicing attorney who specializes in employment litigation;

WHEREAS the first date that Mr. Rudy has available to mediate the instant claims, and which lead counsel for both sides are also available, is March 17, 2011;

WHEREAS the only two dates Mr. Rudy had available before March 17th were February 22, 2011, when Plaintiff's counsel had a previously scheduled, out-of-town deposition, and March 7, 2011, when Defendants' counsel had a previously scheduled, out-of-town mediation;

WHEREAS all parties believe that attendance at the mediation herein by their lead counsel is essential if the mediation is to have any chance of success;

NOW, THEREFOR, all parties hereto agree that it is in everyone's best interest to request that the Court amend its Order of January 19, 2011 so as to permit the mediation, presently ordered to be held by March 1, 2011, to be held instead by March 18, 2011.

Case No. 5:10-cv-4475-HRL-JW

-1-

STIPULATION SEEKING RELIEF FROM JANUARY 19, 2011 ORDER

| | | |
|---|---|---|
| 1 | DATED: February 2, 2011 | Paul, Hastings, Janofsky & Walker LLP |
| 2 | | By: /s/ Rachel B. Cowen |
| 3 | | Rachel B. Cowen |
| | | Christina F. Latta |
| 4 | | Attorneys for Defendants |
| | | Metropolitan Life Insurance Company, MetLife Enterprise |
| 5 | | General Insurance Agency, Inc. and MetLife Securities |
| 6 | DATED: February 2, 2011 | Paul, Hastings, Janofsky & Walker LLP |
| 7 | | By: : /s/ Richard B. Glickman |
| 8 | | Richard B. Glickman |
| | | Attorney for Plaintiff Loay S. Naser |

LEGAL_US_E # 91262451.1

## ORDER

Pursuant to the foregoing stipulation of the parties, this Court's Order dated January 19, 2011 is hereby amended to permit the parties to hold a private mediation on or before March 18, 2011.

IT IS SO ORDERED.

DATED: February 10, 2011

_____
JAMES WARE
Chief Judge, United States District Court