1  LISA J. PLANK (Bar No. CA-153737)
   lisa.plank@dlapiper.com
2  **DLA PIPER LLP (US)**
   2000 University Avenue
3  East Palo Alto, CA 94303-2214
   Tel: 650.833.2000
4  Fax: 650.833.2001

5  ETHAN G. ZELIZER (*Pro Hac Vice Admission Pending*)
   ethan.zelizer@dlapiper.com
6  **DLA PIPER LLP (US)**
   203 North LaSalle Street, Suite 1900
7  Chicago, Illinois 60601-1293
   Telephone: 312.368.7072
8  Facsimile: 312.251.5872

9  Attorneys for Defendants
   METROPOLITAN LIFE INSURANCE COMPANY,
10 METLIFE ENTERPRISE GENERAL INSURANCE
   AGENCY, INC. and METLIFE SECURITIES

RECEIVED
JUL 26 2011
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LOAY S. NASER,<br><br>Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, METLIFE ENTERPRISE GENERAL INSURANCE AGENCY, INC. AND METLIFE SECURITIES,<br><br>Defendants. | CASE NO. CV 10-04475 EJD<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY ETHAN G. ZELIZER *PRO HAC VICE* |

Ethan G. Zelizer, whose business address and telephone number is:

Ethan G. Zelizer
DLA Piper LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601-1293
Telephone: 312.368.7072

and who is an active member in good standing of the bar of the State of Illinois, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro*

-1-

1  hac vice basis, representing Defendants, Metropolitan Life Insurance Company, MetLife Enterprise
2  General Insurance Agency, Inc., and MetLife Securities, and good cause appearing;
3      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
4  conditions of L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*.
5  Service of papers upon and communication with co-counsel designated in the application will
6  constitute notice to the party. All future filings in this action are subject to the requirements
7  contained in General Order No. 45, *Electronic Case Filing*.

Dated: July 29, 2011

_____
HON. EDWARD J. DAVILA
U.S. District Court Judge