| | |
|---|---|
| 1 | RACHEL B. COWEN (SB# 6217360) *(pro hac)* |
|   | rachel.cowen@dlapiper.com |
| 2 | ETHAN G. ZELIZER (SB# 6280096) *(pro hac)* |
|   | ethan.zelizer@dlapiper.com |
| 3 | DLA PIPER LLP (US) |
|   | 203 N. LaSalle St.  18th FL |
| 4 | Chicago, IL  60601 |
|   | Telephone:  (312) 368-7044 |
| 5 | Facsimile:  (312) 368-5844 |
|   | LISA PLANK |
| 6 | lisa.plank@dlapiper.com |
|   | DLA PIPER LLP (US) |
| 7 | 2000 University Ave. |
|   | East Palo Alto, CA 94303-2214 |
| 8 | Telephone:  (650) 833-2000 |
|   | Facsimile:  (650) 833-2001 |

IT IS SO ORDERED AS MODIFIED

Judge Edward J. Davila

Attorneys for Defendants
METROPOLITAN LIFE INSURANCE COMPANY, METLIFE ENTERPRISE GENERAL INSURANCE AGENCY, INC., METLIFE SECURITIES, INC. and NAM PATEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LOAY S. NASER,<br><br>            Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, METLIFE ENTERPRISE GENERAL INSURANCE AGENCY, INC. METLIFE SECURITIES, INC., NAM PATEL, an individual, and DOES 1-25<br><br>            Defendants. | 5:10-cv-04475 EJD<br>CASE NO. 5:11-CV-04046- EJD<br><br>JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS DEFENDANT NAM PATEL WITH PREJUDICE AND TO CONSOLIDATE THIS ACTION WITH CASE NUMBER 5:10-CV-04475-EJD AND FOR MISCELLANEOUS RELIEF |

CASE NO. 5:11-CV-04046-PSG

**JOINT STIPULATION AND [PROPOSED] ORDER**

**Joint Stipulation and [Proposed] Order to Dismiss Defendant Nam Patel With Prejudice and to Consolidate this Action With <u>Case Number 5:10-CV-04475-EJD and for Miscellaneous Relief</u>**

The Parties -- Plaintiff Loay S. Naser ("Naser") and Defendants Metropolitan Life Insurance Company ("MetLife"), MetLife Securities, Inc., MetLife Enterprise General Insurance, and Nam Patel ("Patel") -- by and through their counsel of record, hereby stipulate as follows:

WHEREAS:

a. The Parties have held several meet and confer conferences within the past few weeks in order to efficiently resolve various procedural and substantive issues that have arisen due to having two concurrent federal lawsuits proceeding before this Court involving the same parties and attorneys.

b. The Parties agree that the following requested relief will result in the efficient adjudication of the controversies between the parties and avoid unnecessary and potentially duplicative actions, thus saving Court and Party resources and time.

NOW, THEREFORE:

1. The Parties stipulate to the dismissal of Nam Patel from this lawsuit with prejudice, with each party bearing its own costs and fees. Defendants hereby withdraw their Motion to Dismiss Nam Patel (Docket #9).

2. The Parties further stipulate to and request that this action be consolidated with Case Number 5:10-CV-04475-EJD, presently pending before Judge Edward J. Davila. Case Number 5:10-CV-04475-EJD has been pending since 2010, is between the same parties, and is based on some of the same operable facts, although this case involves several additional operable facts and legal claims.

3. The Parties finally stipulate to and request that this Court cancel its Case Management Conference currently set for September 13, 2011, at 02:00 PM, in Courtroom 5. The Case Management Conference will be unnecessary if the instant case is consolidated with Case Number 5:10-CV-00475-EJD and the consolidated action is transferred to Judge Edward J. Davila.

1  September 8, 2011

2  /s/ ETHAN G. ZELIZER  /s/ RICHARD B. GLICKMAN

3  RACHEL B. COWEN (SB# 6217360) *(pro hac)*
   rachel.cowen@dlapiper.com
   **Dick Glickman**
   Richard B. Glickman A Professional Corporation

4  ETHAN G. ZELIZER (SB# 6280096) *(pro hac)*
   ethan.zelizer@dlapiper.com
   1 Maritime Plaza, Suite 1600
   San Francisco, CA 94111

5  DLA PIPER LLP (US)
   203 N. LaSalle St. 18th FL
   Chicago, IL 60601
   Tel: (415) 362-7685
   Fax: (415) 781-1034

6  Telephone: (312) 368-7044
   Facsimile: (312) 368-5844
   Cell: (925) 368-6851
   Email: glickmanlawcorp@yahoo.com

7  LISA PLANK
   Lisa.Plank@dlapiper.com
   and

8  DLA PIPER LLP (US)
   2000 University Ave.
   **Barbara Giuffre**
   WORK/ENVIRONMENT LAW GROUP

9  East Palo Alto, CA 94303-2214
   Telephone: (650) 833-2000
   Facsimile: (650) 833-2001
   351 California Street, Suite 700
   San Francisco, CA 94104
   Telephone: 415/981-9114
   Facsimile: 415/434-0513
   Email: barbara@igc.org

10 Attorneys for Defendants,
   METROPOLITAN LIFE INSURANCE COMPANY, METLIFE ENTERPRISE GENERAL INSURANCE AGENCY, INC., METLIFE SECURITIES, INC. and NAM PATEL

   Attorneys for Plaintiff, LOAY NASER

## [PROPOSED] ORDER

Upon the Parties' Joint Stipulation above and good cause appearing, it is

## HEREBY ORDERED THAT:

(1) Defendant Nam Patel is dismissed from this lawsuit with prejudice, with each party bearing its own costs and fees. The clerk shall terminate Docket Item No. 9.

(2) This case is hereby consolidated with Case Number 5:10-CV-04475-EJD, pending before Judge Edward J. Davila. such that 5:10-cv-4475 EJD is the lead case. Since the later action is subsumed by the earlier, the Clerk shall administratively close 5:11-cv-04046 EJD. On or before December 20, 2011, Plaintiff shall file an Amended Complaint in light of the consolidation. Defendants shall file an answer or otherwise respond no later than 21 days from the filing of the Amended Complaint. The court will imminently issue a separate order addressing further scheduling issues. A copy of this Stipulation and Order shall be filed in both cases.

The Preliminary Pretrial Conference scheduled for 12/9/2011 is VACATED.

_____
EDWARD J. DAVILA
United States District Judge