| | |
|---|---|
| 1 | RACHEL B. COWEN (SB# 6217360) *(pro hac)* |
| | rachel.cowen@dlapiper.com |
| 2 | ETHAN G. ZELIZER (SB# 6280096) *(pro hac)* |
| | ethan.zelizer@dlapiper.com |
| 3 | LISA PLANK |
| | lisa.plank@dlapiper.com |
| 4 | DLA PIPER LLP (US) |
| | 203 N. LaSalle St.  18th FL |
| 5 | Chicago, IL  60601 |
| | Telephone:  (312) 368-7044 |
| 6 | Facsimile:  (312) 368-5844 |

Attorneys for Defendants
METROPOLITAN LIFE INSURANCE COMPANY, METLIFE ENTERPRISE GENERAL INSURANCE AGENCY, INC., and METLIFE SECURITIES, INC.

RICHARD B. GLICKMAN (SB# 47898)
glickmanlawcorp@yahoo.com
RICHARD B. GLICKMAN, A PROFESSIONAL LAW CORP.
One Maritime Plaza, Suite 1600
San Francisco, CA 94111
Telephone: (415) 362-7685
Facsimile: (415) 781-1034

BARBARA GIUFFRE
WORK/ENVIRONMENT LAW GROUP
351 California Street, Suite 700
San Francisco, CA 94104
Telephone: 415/981-9114
Facsimile: 415/434-0513

Attorney for Plaintiff, Loay S. Naser

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOAY S. NASER, | CASE NO. 5:10-CV-4475-EJD (HRL) |
| Plaintiff, | **STIPULATION SEEKING EXTENSION OF TIME TO ANSWER AND [PROPOSED] ORDER** |
| vs. | |
| METROPOLITAN LIFE INSURANCE COMPANY, METLIFE ENTERPRISE GENERAL INSURANCE AGENCY, INC. AND METLIFE SECURITIES, | |
| Defendants. | |

Case No. 5:10-cv-4475-HRL-JW

STIPULATION SEEKING RELIEF FROM
JANUARY 19, 2011 ORDER
EAST\47690827.3

All parties to the above-captioned action, by and through their counsel of record, hereby stipulate as follows:

WHEREAS on December 6, 2011 the Court entered an Order requiring that Plaintiff file an Amended Complaint on or before December 21, 2011 and Defendants to file an answer or otherwise respond no later than 21 days from the filing of the Amended Complaint;

WHEREAS Plaintiff filed his Amended Complaint on December 12, 2011;

WHEREAS Defendants deadline to answer or otherwise plead is currently January 2, 2012;

WHEREAS Defendants require additional time to answer or otherwise plead due to the holidays and the schedules of client contacts with knowledge necessary to respond;

NOW, THEREFORE, all parties hereto agree that an eleven day extension to respond or otherwise plead is reasonable and request that the Court amend its Order of December 6, 2011, so as to permit Defendants the additional time to respond or otherwise plead and set that deadline for January 13, 2012.

DATED: December 30, 2011

/s/ ETHAN G. ZELIZER
RACHEL B. COWEN (SB# 6217360) *(pro hac)*
rachel.cowen@dlapiper.com
ETHAN G. ZELIZER (SB# 6280096) *(pro hac)*
ethan.zelizer@dlapiper.com
LISA PLANK
Lisa.Plank@dlapiper.com
DLA PIPER LLP (US)
203 N. LaSalle St. 18th FL
Chicago, IL 60601
Telephone: (312) 368-7044
Facsimile: (312) 368-5844

Attorneys for Defendants,
METROPOLITAN LIFE INSURANCE COMPANY, METLIFE ENTERPRISE GENERAL INSURANCE AGENCY, INC., METLIFE SECURITIES, INC

| | |
|---|---|
| DATED: December 30, 2011 | /s/ RICHARD B. GLICKMAN |

**Dick Glickman**

Richard B. Glickman A Professional Corporation
1 Maritime Plaza, Suite 1600
San Francisco, CA 94111
Tel: (415) 362-7685
Fax: (415) 781-1034
Cell: (925) 368-6851
Email: glickmanlawcorp@yahoo.com

and

**Barbara Giuffre**

WORK/ENVIRONMENT LAW GROUP
351 California Street, Suite 700
San Francisco, CA 94104
Telephone: 415/981-9114
Facsimile: 415/434-0513
Email: barbara@igc.org

Attorneys for Plaintiff, LOAY NASER

# **ORDER**

Pursuant to the foregoing stipulation of the parties, this Court's Order dated December 6, 2011 is hereby amended to permit the Defendants to respond or otherwise plead on or before January 13, 2012.

IT IS SO ORDERED.

DATED: January 4, 2012

_____
EDWARD J. DAVILA
Judge, United States District Court