1  RACHEL B. COWEN (SB# 6217360) *(pro hac)*
   rachel.cowen@dlapiper.com
2  ETHAN G. ZELIZER (SB# 6280096) *(pro hac)*
   ethan.zelizer@dlapiper.com
3  LISA PLANK
   lisa.plank@dlapiper.com
4  DLA PIPER LLP (US)
   203 N. LaSalle St.  18th FL
5  Chicago, IL  60601
   Telephone:  (312) 368-7044
6  Facsimile:  (312) 368-5844

7  Attorneys for Defendants
   METROPOLITAN LIFE INSURANCE
8  COMPANY, METLIFE ENTERPRISE GENERAL
   INSURANCE AGENCY, INC., and METLIFE
9  SECURITIES, INC.

10 RICHARD B. GLICKMAN (SB# 47898)
   glickmanlawcorp@yahoo.com
11 RICHARD B. GLICKMAN, A PROFESSIONAL LAW CORP.
   One Maritime Plaza, Suite 1600
12 San Francisco, CA 94111
   Telephone: (415) 362-7685
13 Facsimile: (415) 781-1034

14 BARBARA GIUFFRE
   WORK/ENVIRONMENT LAW GROUP
15 351 California Street, Suite 700
   San Francisco, CA 94104
16 Telephone: 415/981-9114
17 Facsimile: 415/434-0513

18 Attorney for Plaintiff, Loay S. Naser

19              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
20

| | |
|---|---|
| LOAY S. NASER, | CASE NO. 5:10-CV-4475-EJD (HRL) |
| Plaintiff, | **STIPULATION SEEKING EXTENSION OF TIME TO ANSWER AND [PROPOSED] ORDER** |
| vs. | |
| METROPOLITAN LIFE INSURANCE COMPANY, METLIFE ENTERPRISE GENERAL INSURANCE AGENCY, INC. AND METLIFE SECURITIES, | |
| Defendants. | |

Case No. 5:10-cv-4475-HRL-JW

STIPULATION SEEKING RELIEF FROM
JANUARY 19, 2011 ORDER
EAST\47690827.3

1  All parties to the above-captioned action, by and through their counsel of record, hereby
2  stipulate as follows:
3  WHEREAS on December 6, 2011 the Court entered an Order requiring that Plaintiff file an
4  Amended Complaint on or before December 21, 2011 and Defendants to file an answer or
5  otherwise respond no later than 21 days from the filing of the Amended Complaint;
6  WHEREAS Plaintiff filed his Amended Complaint on December 12, 2011;
7  WHEREAS Defendants deadline to answer or otherwise plead is currently January 2, 2012;
8
9  WHEREAS Defendants require additional time to answer or otherwise plead due to the
10 holidays and the schedules of client contacts with knowledge necessary to respond;
11 NOW, THEREFORE, all parties hereto agree that an eleven day extension to respond or
12 otherwise plead is reasonable and request that the Court amend its Order of December 6, 2011, so
13 as to permit Defendants the additional time to respond or otherwise plead and set that deadline
14 for January 13, 2012.

16  DATED:  December 30, 2011

/s/ ETHAN G. ZELIZER_____
RACHEL B. COWEN (SB# 6217360) *(pro hac)*
rachel.cowen@dlapiper.com
ETHAN G. ZELIZER (SB# 6280096) *(pro hac)*
ethan.zelizer@dlapiper.com
LISA PLANK
Lisa.Plank@dlapiper.com
DLA PIPER LLP (US)
203 N. LaSalle St.  18th FL
Chicago, IL  60601
Telephone:  (312) 368-7044
Facsimile:  (312) 368-5844

Attorneys for Defendants,
METROPOLITAN LIFE INSURANCE
COMPANY, METLIFE ENTERPRISE GENERAL
INSURANCE AGENCY, INC., METLIFE
SECURITIES, INC

| | |
|---|---|
| DATED: December 30, 2011 | /s/ RICHARD B. GLICKMAN |
| | **Dick Glickman** |
| | Richard B. Glickman A Professional Corporation |
| | 1 Maritime Plaza, Suite 1600 |
| | San Francisco, CA 94111 |
| | Tel: (415) 362-7685 |
| | Fax: (415) 781-1034 |
| | Cell: (925) 368-6851 |
| | Email: glickmanlawcorp@yahoo.com |
| | and |
| | **Barbara Giuffre** |
| | WORK/ENVIRONMENT LAW GROUP |
| | 351 California Street, Suite 700 |
| | San Francisco, CA 94104 |
| | Telephone: 415/981-9114 |
| | Facsimile: 415/434-0513 |
| | Email: barbara@igc.org |
| | Attorneys for Plaintiff, LOAY NASER |

**ORDER**

Pursuant to the foregoing stipulation of the parties, this Court's Order dated December 6, 2011 is hereby amended to permit the Defendants to respond or otherwise plead on or before January 13, 2012.

IT IS SO ORDERED.

DATED: January 4, 2012

_____
EDWARD J. DAVILA
Judge, United States District Court