1  RICHARD B. GLICKMAN (CA BAR NO. 47898)
   RICHARD B. GLICKMAN
2  A PROFESSIONAL CORPORATION
   One Maritime Plaza, Suite 1600
3  San Francisco, CA 94111
   Telephone:  415/362-7685
4  Facsimile:   415/781-1034
5  glickmanlawcorp@yahoo.com

6  BARBARA GIUFFRE (CA BAR NO. 158180)
   WORK/ENVIRONMENT LAW GROUP
7  351 California Street, Suite 700
   San Francisco, CA 94104
8  Telephone:  415/981-9114
   Facsimile:   415/434-0513
9  barbara@igc.org

10 Co-Counsel for Plaintiff
   Loay S. Naser
11

12

13                     UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15 LOAY S. NASER,                          )  Case No. 5:10-cv-04475-EJD
                                           )
16              Plaintiff,                  )
                                           )
17 vs.                                     )  **STIPULATION RE SECOND AMENDED**
                                           )  **CONSOLIDATED COMPLAINT FOR**
18                                         )  **DAMAGES RE: VIOLATIONS OF**
   METROPOLITAN LIFE INSURANCE             )  **CALIFORNIA FAIR EMPLOYMENT &**
19 COMPANY, METLIFE ENTERPRISE             )  **HOUSING ACT, GOV'T CODE §12940** *et*
   GENERAL INSURANCE AGENCY, INC.          )  *seq.*, **AND/OR TITLE VII OF THE CIVIL**
20 and METLIFE SECURITIES, INC.            )  **RIGHTS ACT OF 1964, 42 U.S.C. §2000e,**
                                           )  **the CALIFORNIA LABOR CODE, and**
21              Defendants.                )  **RELATED CLAIMS.**
   _____)

22

23

24

25

26

27

28

IT IS SO ORDERED

Judge Edward J. Davila

3/8/2012

All Parties to the above-captioned action, by and through their attorneys of record, hereby stipulate that Plaintiff may file the attached SECOND AMENDED CONSOLIDATED COMPLAINT FOR DAMAGES RE: VIOLATIONS OF CALIFORNIA FAIR EMPLOYMENT & HOUSING ACT, GOV'T CODE §12940 *et seq.,* AND/OR TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, 42 U.S.C. §2000e, the CALIFORNIA LABOR CODE, and RELATED CLAIMS.

Dated:  March 5, 2012

**RICHARD B. GLICKMAN**
**A PROFESSIONAL CORPORATION**

_____/s/_____
RICHARD B. GLICKMAN

**WORK/ENVIRONMENT LAW GROUP**

_____/s/_____
BARBARA GIUFFRE

Dated:  March 5, 2012

**DLA PIPER LLP (US)**

_____/s/__**Ethan G.Zelizer**_____
RACHEL B. COWEN
ETHAN G. ZELIZER
DIANA HALL

Attorneys for all Defendants

IT IS SO ORDERED.
The Second Amended Consolidated Complaint is deemed filed as of March 7, 2012 (Docket Item No. 55).
Dated: March 8, 2012

_____
United States District Judge

STIPULATION RE SECOND AMENDED CONSOLIDATED COMPLAINT