*E-FILED: November 6, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LOAY S. NASER, | No. C10-04475 EJD (HRL) |
| Plaintiff, | **ORDER** |
| v. | |
| METROPOLITAN LIFE INSURANCE COMPANY, ET AL., | |
| Defendants. | |

Plaintiff having requested an extension on the deadline for submitting a Discovery Dispute Joint Report ("DDJR") concerning Plaintiff's 4th Request for Production, and Defendants having no objection to the request, the parties may submit a DDJR on this issue no later than November 14, 2012.

**IT IS SO ORDERED.**

Dated: November 6, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C10-04475 EJD (HRL) Order will be electronically mailed to:**

Barbara Giuffre: Barbara@igc.org

Caroline Donelan: caroline.donelan@dlapiper.com

Elliot Schlesinger Katz: elliot.katz@dlapiper.com, sandra.sowell@dlapiper.com

Ethan G. Zelizer: ethan.zelizer@dlapiper.com, docketingchicago@dlapiper.com

Richard B. Glickman: glickmanlawcorp@yahoo.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**