RICHARD B. GLICKMAN (SB# 47898)
glickmanlawcorp@yahoo.com
RICHARD B. GLICKMAN A PROFESSIONAL CORP.
One Maritime Plaza, Suite 1600
San Francisco, CA 94111
Telephone: (415) 362-7685
Facsimile: (415) 781-1034

BARBARA GIUFFRE (SB#158180)
barbara@igc.org
WORK/ENVIRONMENT LAW GROUP
351 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 981-9114
Facsimile: (415) 434-0513

Co-Counsel for Plaintiff
LOAY S. NASER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LOAY S. NASER,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, METLIFE ENTERPRISE GENERAL INSURANCE AGENCY, INC. AND METLIFE SECURITIES,<br><br>Defendants. | CASE NO. 5:10-CV-04475-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER RE PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

Plaintiff LOAY S. NASER ("Naser") and Defendants METROPOLITAN LIFE INSURANCE COMPANY, METLIFE ENTERPRISE GENERAL INSURANCE AGENCY, INC., AND METLIFE SECURITIES (collectively "MetLife"), by and through their attorneys of record, hereby stipulate

STIPULATION AND PROPOSED ORDER

as follows:

WHEREAS by Pretrial Order dated July 3, 2012, the above-noted Court ordered that all summary judgment motions must be filed by November 23, 2012;

WHEREAS documents needed by Naser for his summary judgment motion were not produced to him until the middle of his deposition on November 16, 2012, at which time he received a disk containing more than 700 pages of documents;

WHEREAS the transcript of Naser's November 16, 2012 deposition, also needed by him for his summary judgment motion, was not available until today; and

WHEREAS the hearing on Naser's summary judgment motion, which was scheduled with Courtroom Clerk Elizabeth Garcia on November 13, 2012 for the first available date, will not be heard until February 15, 2013;

NOW, THEREFORE, it is hereby stipulated and agreed to, by and between all parties to the above-captioned action (i.e., Naser and MetLife), that subject to this Court's approval Naser may have a five (5) day extension -- until and including November 28, 2012 -- to file his motion for summary judgment.

DATED: November 19, 2012

By: _____/s/_____

Richard B. Glickman
RICHARD B. GLICKMAN A PROFESSIONAL CORP.

Barbara Giuffre
WORK/ENVIRONMENT LAW GROUP

Co-Counsel for Plaintiff
Loay S. Naser

Dated: November 19, 2012

By: _____/s/_____

Rachel B. Cowen
DLA PIPER LLP (US)

Counsel for All Defendants

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Plaintiff Naser's time to file a summary judgment motion is extended until and including November 28, 2012. The anticipated hearing on the Motion for Summary Judgment is continued from February 15, 2013 to March 1, 2013

Dated: November 20, 2012

_____[signature]_____
United States District Judge