1  RICHARD B. GLICKMAN (SB# 47898)
   glickmanlawcorp@yahoo.com
2  RICHARD B. GLICKMAN A PROFESSIONAL CORP.
   One Maritime Plaza, Suite 1600
3  San Francisco, CA 94111
   Telephone: (415) 362-7685
4  Facsimile: (415) 781-1034

5  BARBARA GIUFFRE (SB#158180)
   barbara@igc.org
6  WORK/ENVIRONMENT LAW GROUP
   351 California Street, Suite 700
7  San Francisco, CA 94104
   Telephone: (415) 981-9114
8  Facsimile: (415) 434-0513

9  Co-Counsel for Plaintiff
   LOAY S. NASER
10

IT IS SO ORDERED
Judge Edward J. Davila
12/20/2012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LOAY S. NASER, | CASE NO. 5:10-CV-04475-EJD |
| Plaintiff, | **DISASSOCIATION OF BARBARA GIUFFRE AND WORK/ENVIRONMENT LAW GROUP AS CO COUNSEL OF RECORD FOR PLAINTIFF LOAY S. NASER** |
| vs. | |
| METROPOLITAN LIFE INSURANCE COMPANY, METLIFE ENTERPRISE GENERAL INSURANCE AGENCY, INC. AND METLIFE SECURITIES, | Courtroom: 4, Hon. Edward J. Davila |
| Defendants. | |

(and related cross complaint)

TO THE COURT, THE PARTIES AND COUNSEL OF RECORD FOR ALL PARTIES:

PLEASE TAKE NOTICE that Barbara Giuffre of Work/Environment Law Group hereby disassociates as co-counsel of record for Plaintiff/Cross-Defendant Loay S. Naser. This disassociation of counsel shall become effective as of close of business on December 19, 2012.

NOTICE OF DISASSOCIATION OF COUNSEL

Plaintiff respectfully requests that the Clerk of the Court remove Ms. Giuffre from the ECF service list and any other service lists for this case.

All pleadings, Court notices and other correspondence should continue to be directed to Mr. Naser's lead counsel, Richard B. Glickman, whose contact information is reflected in the above caption.

Dated: December 19, 2012

Respectfully submitted,

WORK/ENVIRONMENT LAW GROUP

By: _____
Barbara Giuffre

Plaintiff/Cross-Defendant Loay S. Naser give his consent and his agreement to this disassociation of co-counsel:

Dated: December 19, 2012

By: _____
Loay S. Naser