1  RICHARD B. GLICKMAN (SB# 47898)
   glickmanlawcorp@yahoo.com
2  RICHARD B. GLICKMAN A PROFESSIONAL CORP.
   One Maritime Plaza, Suite 1600
3  San Francisco, CA 94111
   Telephone: (415) 362-7685
4  Facsimile: (415) 781-1034

5  BARBARA GIUFFRE (SB#158180)
   barbara@igc.org
6  WORK/ENVIRONMENT LAW GROUP
   351 California Street, Suite 700
7  San Francisco, CA 94104
   Telephone: (415) 981-9114
8  Facsimile: (415) 434-0513

9  Co-Counsel for Plaintiff
   LOAY S. NASER
10

**IT IS SO ORDERED**
Judge Edward J. Davila
12/20/2012

11
                   UNITED STATES DISTRICT COURT
12
                  NORTHERN DISTRICT OF CALIFORNIA
13
                          SAN JOSE DIVISION
14

15

16  LOAY S. NASER,                          | CASE NO. 5:10-CV-04475-EJD
17           Plaintiff,                     | **DISASSOCIATION OF BARBARA GIUFFRE
                                            | AND WORK/ENVIRONMENT LAW GROUP
       vs.                                  | AS CO COUNSEL OF RECORD FOR
18                                          | PLAINTIFF LOAY S. NASER**
    METROPOLITAN LIFE INSURANCE             |
19  COMPANY, METLIFE ENTERPRISE             |
    GENERAL INSURANCE AGENCY, INC.          | Courtroom: 4, Hon. Edward J. Davila
20  AND METLIFE SECURITIES,                 |
21           Defendants.                    |

22  (and related cross complaint)

23

24       TO THE COURT, THE PARTIES AND COUNSEL OF RECORD FOR ALL PARTIES:

25       PLEASE TAKE NOTICE that Barbara Giuffre of Work/Environment Law Group hereby

26  disassociates as co-counsel of record for Plaintiff/Cross-Defendant Loay S. Naser. This

27  disassociation of counsel shall become effective as of close of business on December 19, 2012.

28

                                               NOTICE OF DISASSOCIATION OF COUNSEL

Plaintiff respectfully requests that the Clerk of the Court remove Ms. Giuffre from the ECF service list and any other service lists for this case.

All pleadings, Court notices and other correspondence should continue to be directed to Mr. Naser's lead counsel, Richard B. Glickman, whose contact information is reflected in the above caption.

Dated: December 19, 2012

Respectfully submitted,

WORK/ENVIRONMENT LAW GROUP

By: *Barbara Giuffre*
Barbara Giuffre

Plaintiff/Cross-Defendant Loay S. Naser give his consent and his agreement to this disassociation of co-counsel:

Dated: December 19, 2012

By: *Loay S. Naser*
Loay S. Naser