**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LOAY S. NASER,<br><br>       Plaintiff(s),<br>   v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>       Defendant(s).<br>_____/ | CASE NO. 5:10-cv-04475 EJD<br><br>**ORDER REFERRING CASE TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE** |

Pursuant to ADR Local Rule 7-2, this case is referred to Magistrate Judge Howard R. Lloyd for a settlement conference to occur no later than 90 days from the date this order is filed. Counsel shall contact Judge Lloyd's Courtroom Deputy to arrange a date for the conference.

**IT IS SO ORDERED.**

Dated: August 2, 2013

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:10-cv-04475 EJD
ORDER REFERRING CASE TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE